UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-382-H
No. 5:12-CV-471-H

| | | |
|---|---|---|
| PAUL BERNARD MITCHELL, JR., | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the

Rules Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time,

the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing

§ 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255

Motion to Vacate, Set Aside or Correct Sentence, within **forty-five (45)** days of the filing of this

order.

Additionally, because petitioner asserts challenges to his conviction based on the recent

decision of **United States v. Simmons**, 649 F.3d 237 (4th Cir. 2011) (en banc), pursuant to

Standing Order No.11-SO-3 (E.D.N.C. Oct. 18, 2011), the Office of the Federal Public Defender

is appointed to represent petitioner in connection with these proceedings. The Clerk is

DIRECTED to serve the Office of the Federal Public Defender with a copy of this order.

SO ORDERED.

This 6th day of August 2012.

Malcolm J. Howard
Senior United States District Judge